IN THE US DISTRICT COURT, MD OF TENNESSEE AT NASHVILLE

CODY HEATH WIGGINS
V.
CHAD YOUKER, ET AL.

CASE NO. ________

NOTICE OF AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN UNDER THE PENALTY OF PERJURY, I AM OVER THE AGE OF 18, AM COMPETENT TO TESTIFY, & HAVE PERSONAL KNOWLEDGE OF THE FACTS COMPLAINED OF.

1) I AM A PRETRIAL DETAINEE INCARCERATED IN WILLIAMSON COUNTY JAIL IN FRANKLIN, TENNESSEE SINCE NOVEMBER 11, 2025. I AM AN HONORABLY DISCHARGED, DISABLED MARINE CORPS VETERAN WITH NO CRIMINAL HISTORY OR CONVICTIONS. I HAVE SUFFERED SUBSTANTIALLY AT THE HANDS OF DEFENDANTS IN THIS CASE & OTHER JAIL STAFF, & HAVE BEEN/AM BEING CRUELLY & UNUSUALLY PUNISHED PRIOR TO CONVICTION BY THE DEFENDANTS.

RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

2) ON 8/22/2026, I FILED MY FIRST-EVER COMPLAINT, ALONG WITH THREE OTHER PLAINTIFFS WITHIN THE JAIL, IN THE U.S. DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE AGAINST EMPLOYEES OF THE JAIL (INCLUDING CHAD YOUKER, JASPER DRISKILL, ALYSSA FINNEY, & OTHERS). THIS COMPLAINT FOCUSED PRIMARILY ON RETALIATION AGAINST MYSELF & THE OTHER PLAINTIFFS BY JAIL STAFF.

3) ON 7/27/2026, I WAS REMOVED FROM MY JOB AS A LAUNDRY TRUSTEE FOR FILING A GRIEVANCE, & THEN WAS REQUIRED, AGAINST MY WILL, TO WORK AS A POD TRUSTEE IN POD 633, AFTER SPECIFICALLY STATING I DID NOT CONSENT TO WORKING AS A POD TRUSTEE VERBALLY & VIA THE ELECTRONIC GRIEVANCE SYSTEM. I WAS AFRAID NOT TO DO MY JOB, AS INMATE PRIVILEGES ARE CONTINGENT ON THE POD'S CLEANLINESS, FOR WHICH I WAS FORCED TO BE RESPONSIBLE. ON 7/29/2026, I WAS INTERVIEWED BY A SPECIAL AGENT WITH THE TENNESSEE BUREAU OF INVESTIGATION ABOUT MY KNOWLEDGE OF ANOTHER WELL-KNOWN LAWSUIT OF WHICH JAIL STAFF ARE PLAINTIFFS. BASED ON MY TESTIMONY, I WAS REMOVED FROM GENERAL POPULATION

AND PLACED IN "SPECIALTY HOUSING UNIT" POD 110, WHERE I WAS STILL REQUIRED TO WORK AS A POD TRUSTEE, UNTIL ON OR AROUND 8/22/2026. POD 110 CONSISTS OF THREE INMATES: INMATE ROBERT GORDON, A COLLEGE-EDUCATED MAN WHO HAS FILED SEVERAL LAWSUITS AGAINST THE JAIL'S STAFF; DEVIN PHILLIPS, A COLLEGE-EDUCATED MAN WHO HAS FILED A LAWSUIT AGAINST JAIL STAFF; AND MYSELF, A COLLEGE-EDUCATED MAN WHO WAS VERY OPEN ABOUT HIS INTENT TO FILE LAWSUITS AGAINST JAIL STAFF + FINALLY DID ON 8/22/2026, THANKS TO THE ASSISTANCE OF ROBERT GORDON + DEVIN PHILLIPS WHO KNEW WHAT WAS REQUIRED. JAIL STAFF INSISTS WE ARE GENERAL POPULATION; WE ARE NOT. WE ARE SEGREGATED + ISOLATED FROM THE REST OF THE JAIL, FOR ONE. AGAIN, ONLY THE THREE OF US ARE IN THIS POD, + SINCE 9/2/2026, I AM THE ONLY INMATE IN POD 110 NOT LOCKED IN HIS CELL 22.5 HOURS PER DAY, + I DO NOT GET RECREATION FOR THREE HOURS EACH DAY (THAT ALL OTHER GENERAL POPULATION INMATES DO GET), AND I HAVE NO ONE TO INTERACT WITH, SINCE GORDON + PHILLIPS ARE LOCKED BEHIND THEIR DOORS THE ENTIRE TIME I'M ON "RECREATION!" WE COMMONLY DO NOT RECEIVE THE SAME PRIVILEGES + CARE AS OTHER PODS + WE ARE CONSISTENTLY HARASSED, TARGETED + RETALIATED-AGAINST. IN FACT, POD 110 HAS BECOME A "WRITE-UP MILL" WHERE JAIL STAFF FABRICATES PETTY RULE VIOLATIONS TO PUNISH US FOR WHILE IGNORING LEGITIMATE VIOLATIONS ELSEWHERE IN THE JAIL SO THAT THEY CAN HARASS, BULLY + INTIMIDATE US, RESTRICTING OUR COMMUNICATION WITH THE OUTSIDE WORLD + OTHER INMATES, + OUR ACCESS TO THE LAW LIBRARY THAT WE REQUIRE TO COMPLETE OUR LAWSUITS. NO OTHER POD IN THE JAIL IS EITHER SET-UP THIS WAY OR TREATED THIS WAY. IT IS CLEARLY RETALIATORY.

4) IN MY NEARLY THREE CONSECUTIVE YEARS AS A PRETRIAL DETAINEE OF THE JAIL, I HAVE NOT BEEN CONVICTED OF ANY RULE VIOLATIONS — NOT A SINGLE ONE. SINCE FILING MY LAWSUIT ON 8/22/2026, I HAVE BEEN WRITTEN-UP THREE TIMES & HAVE BEEN FOUND GUILTY OF "PASSING/RECEIVING" VIOLATIONS TWICE & AM AWAITING MY DISCIPLINARY BOARD HEARING FOR "POSSESSION OF MINOR CONTRABAND" AT THE TIME OF THIS WRITING. HERE ARE THE DETAILS OF EACH OF THOSE WRITE-UPS. ON 8/30/2026, I FILED AN ELECTRONIC REQUEST FOR ACCOMODATIONS FOR MY SINCERELY-HELD RELIGIOUS CONVICTION TO ENGAGE IN SABBATH-FASTING, CITING IN MY REQUEST THE JAIL'S ACCOMODATIONS FOR JEWISH/KOSHER, ISLAMIC/HALAL/RAMMADAN FASTING, AND PAGAN/WICCAN DIETS. JASPER DRISKILL, PER HIS OWN TESTIMONY, REVIEWED THE CAMERA FOOTAGE OF 8/30/2026 ON 8/31/2026 TO VERIFY THAT I WAS ACTUALLY FASTING. AFTER SEEING THAT I WAS, INDEED, FASTING DRISKILL DENIED MY REQUEST FOR FASTING ACCOMODATIONS AND WROTE MY PODMATES & I UP FOR PASSING/RECEIVING BECAUSE I PLACED MY TRAY AT MY USUAL SPOT AT THE TABLE, WALKED AWAY, & MY PODMATES APPARENTLY ATE FROM MY TRAY. IT IS WORTH NOTING THAT BOTH PODMATES TESTIFIED THAT I NEVER INDICATED THAT THEY COULD HAVE MY TRAY. IT IS OBVIOUS THAT DRISKILL WAS NOT RUNNING BACK THE CAMERAS TO VERIFY THAT I WAS FASTING, BUT WAS LOOKING FOR A REASON TO JUSTIFY DENYING MY REQUEST & TO PUNISH ME. OTHERWISE, WHY WOULD HE STILL DENY MY REQUEST AFTER VERIFYING THAT I WAS FASTING IF HIS INTENTIONS WERE TRULY TO VERIFY THAT I WAS FASTING? I AM AFRAID TO PRACTICE MY RELIGION UNDER THREAT OF INTIMIDATION!

SINCE THIS WAS MY "FIRST STRIKE," I WAS SENTENCED TO 10 DAYS WITHOUT PRIVILEGES, WHICH, IN A NORMAL POD ("GENERAL POPULATION") WOULD MEAN LOSING COMMUNICATION PRIVILEGES. SINCE MY PODMATES HAVE MORE THAN THREE WRITE-UPS EACH, THEY WERE SENTENCED TO 15 DAYS IN "LOCKDOWN." THIS MEANS OUR POD IS NOW A LOCKDOWN POD, WHICH IS STRANGE, SINCE EVERY OTHER INMATE WHO IS PUNISHED VIA LOCKDOWN IS REMOVED FROM GENERAL POPULATION & PLACED IN A LOCKDOWN POD. I AM THE <u>ONLY</u> INMATE WITH ONLY A MINOR WRITE-UP WHO IS ISOLATED & SEGREGATED IN A LOCKDOWN POD. YES, I RECEIVE APPROXIMATELY 4 HOURS OF "RECREATION" (THE REST OF THE GENERAL POPULATION PODS GET AN AVERAGE OF 12 HOURS), BUT THIS JUST MEANS I GET A LITTLE EXTRA SQUARE FOOTAGE — I'M STILL ALONE! AS A MARINE CORPS VETERAN WITH SERVICE-CONNECTED MENTAL HEALTH DIAGNOSES, THIS IS MENTALLY & EMOTIONALLY EXCRUCIATING. MY PANIC ATTACKS, ANXIETY, NIGHTMARES & DEPRESSION HAVEN'T BEEN THIS BAD IN A VERY LONG TIME & IT'S ALL DUE TO THE STRESS OF ISOLATION & THE HARASSMENT I'M ENDURING. I AM THE FIRST PERSON WHO, ON PUNISHMENT FOR THEIR FIRST-EVER WRITE-UP, CANNOT ORDER COMMISSARY, CANNOT USE THE ENTERTAINMENT OR STATE TABLETS, & CANNOT ATTEND PROGRAMS OR CHURCH/BIBLE STUDIES. (I AM A DEVOUT CHRISTIAN & A VOLUNTARY TUTOR IN THE GED PROGRAM.) THE RESTRICTIONS ON TABLETS & PROGRAMS/CHURCH APPARENTLY BEGAN/TOOK EFFECT ON 9/9/2026. IT IS ALSO WORTH NOTING THAT LEGITIMATE PASSING/RECEIVING TAKES PLACE DAILY THROUGHOUT THE JAIL, NONE SO BRAZENLY AS IN POD 787, WHERE INMATES PLACE THEIR TORTILLA-SANDWICHES IN A COMMUNAL PASSING/RECEIVING POT EVERY SINGLE DAY IN PLAIN VIEW OF DEPUTIES & CAMERAS & LITERALLY RIGHT IN FRONT OF PRISCILLA'S OFFICE! STAFF REFUSES TO

Explain how this passing/receiving is somehow different or to actually define what qualifies as passing/receiving in light of instances such as these & in other, less obvious cases. Sergeant Lott, who claimed to enforce every rule violation refused to answer when confronted with the fact that she ignores legitimate, brazen violations of passing/receiving each time she works. When asked why he thought we were written-up, Deputy Paramore stated, on 9/3/2026 at approximately 1420 it was "tit-for-tat," which is clearly a reference to retaliation, a fact he confirmed on 9/9/2026 at around 1925. Even their long-standing deputies know these write-ups are retaliatory — they are just too cowardly to stand up for what is right!

On 9/2/2026, my podmates & I were written up for violating the passing/receiving rule in an incident that took place on 8/26/2026. On 8/26, inmate Gordon was given medical shoes, since he suffers from a necrotic hip & literally just, a few days prior, had retinal detachment surgery due to previous abuses by jail staff. Gordon, who could not see after surgery, asked Phillips & I to determine whether the shoes had shoe laces & what size they might be. Sizing was a challenge, since the shoes were foreign, so Phillips & I put the shoe on for a few seconds each to try to gauge the sizing before returning them to inmate Gordon with our assessment. The person who wrote us up was not a floor deputy on 8/26 & did not work at the jail any longer at the time of our Disciplinary Board hearing on 9/8/2026, & as such, could not be called to testify & could not be questioned.

STILL, STAFF COULD NOT CLEARLY DEFINE PASSING/RECEIVING & REFUSED TO DISTINGUISH BETWEEN WHY THIS INSTANCE WAS PASSING/RECEIVING WHEN INSTANCES OF APPARENTLY OBVIOUS PASSING/RECEIVING WERE SOMEHOW EITHER NOT, IN FACT, PASSING/RECEIVING, OR WERE OTHERWISE IMMUNE TO PROSECUTION. AGAIN, I WAS FOUND GUILTY & SENTENCED TO ANOTHER 10 DAYS WITHOUT PRIVILEGES. IT IS WORTH NOTING THAT THIS WRITE-UP WAS SERVED RIGHT AFTER I RETURNED FROM BIBLE STUDY & THE SAME DAY I FILED ANOTHER REQUEST FOR RELIGIOUS ACCOMODATIONS, SPECIFICALLY STATING THAT MY RELIGION REQUIRES THAT I HELP OTHERS & GIVE FREELY, UNLESS DOING SO WOULD HURT THEM OR OTHERS OR CLEARLY INTERFERED WITH A PENOLOGICAL INTEREST. ON 9/9/2026, AFTER FILING A REQUEST DETAILING MY RESPONSE TO DEPUTY FINNEY'S ROMANS CHAPTER 13 COMMENTS, TWO DEPUTIES RANSACKED MY CELL, TAKING MANY OF MY INK PENS & LEAVING ME WITH A COUPLE OF DRY, MOSTLY DEPLETED ONES, & THEN WROTE ME UP FOR HAVING "MINOR CONTRABAND." THE ITEMS I HAD IN MY POSSESSION WERE <u>ALL</u> ISSUED TO ME. THE STATE TABLET LISTED AS CONTRABAND WAS GIVEN TO ME BY A DEPUTY; THE "ALTERED SHOES" WERE ISSUED TO ME MORE THAN 8 MONTHS PRIOR & I HAVE CONTINUOUSLY ASKED FOR NEW ONES SINCE THEY ARE NOT, IN FACT, ALTERED, BUT ARE IN DISREPAIR; THE BOOK WAS ISSUED TO ME MONTHS PRIOR WHEN DEPUTIES RESTRICTED OUR POD'S TABLETS FOR THIRTY DAYS; AND THE UNIFORM WAS MY USED SPARE TRUSTEE UNIFORM I HAVE BEEN ASKING DEPUTIES TO TAKE FROM ME SINCE I WAS REMOVED FROM THE TRUSTEE POD! I CANNOT FORCE A DEPUTY TO TAKE THINGS OR TO ISSUE ME NEW THINGS. ALSO ON 9/9, I WAS INFORMED THAT THE RULES CHANGED, PROHIBITING PEOPLE WITH [illegible] FROM CHURCH/PROGRAMS [illegible]

Case 3:26-cv-01410 Document 1-2 Filed 10/02/26 Page 6 of 14 PageID #: 36

5) TCA 41-2-111 DETAILS REQUIREMENTS FOR DISCIPLINARY BOARD PROCEEDINGS & APPEALS. IT IS WORTH NOTING THAT EVERY MEMBER IS EITHER A DEFENDANT IN MY COMPLAINT FILED IN THE DISTRICT COURT OR THE SUBORDINATE OF SOMEONE LISTED IN THE COMPLAINT. TCA 41-2-111 ENTITLES INMATES TO AN APPEAL TO THE SHERIFF (THE WORKHOUSE CAVEAT DOES NOT APPLY, SINCE THIS IS NOT A WORKHOUSE); HOWEVER, I WAS DENIED THAT RIGHT & WAS ONLY ALLOWED TO APPEAL TO DEPUTY CHIEF MOORE, WHO DIDN'T EVEN BOTHER TO COMPLETE THE APPEAL FORM, LEAVING THE "TO" LINES & "DATE" LINES BLANK & SELECTING THE BOX FOR "THE PUNISHMENT IS FAIR" & NOT THE BOX FOR "THE VERDICT IS JUST," EVEN THOUGH I WAS CLEARLY ONLY APPEALING THE VERDICT & NOT THE PUNISHMENT. THE APPEALS FORM HAD LITERALLY TWO TINY LINES TO ARGUE YOUR APPEAL & CLEARLY STATED ADDITIONAL DOCUMENTATION WOULD NOT BE REVIEWED OR CONSIDERED.

6) CLEARLY I AM BEING ISOLATED, TARGETED, HARASSED, INTIMIDATED & RETALIATED-AGAINST BY JAIL STAFF BECAUSE I FILED A COMPLAINT AGAINST THEM, IN ACCORDANCE WITH THE U.S. CONSTITUTION. I LIVE IN CONSTANT FEAR OF FURTHER RETALIATION. THE INTENTIONAL ISOLATION & SEGREGATION IS NOT ONLY ILLEGAL, BUT IT IS DETRIMENTAL TO MY MENTAL HEALTH. WITH THESE PETTY, FABRICATED WRITE-UPS, THEY ARE ENSURING I CANNOT COMMUNICATE WITH ANYONE AT ALL. I AM ENDURING SUBSTANTIAL MENTAL & EMOTIONAL ANGUISH INFLICTED CONTINUALLY & INTENTIONALLY IN ORDER TO INTIMIDATE, HARASS, BULLY, & RETALIATE-AGAINST ME FOR EXERCISING MY RIGHTS & FOR TAKING PART IN PROTECTED

ACTIVITIES. THIS IS NOT THE FIRST TIME JAIL STAFF HAS DONE THIS. I HAVE BEEN RETALIATED-AGAINST FOR FILING GRIEVANCES & ENGAGING IN PROTECTED ACTIVITIES BY THIS JAIL STAFF BEFORE, & AM ALSO AWARE OF THEIR RETALIATION AGAINST ROBERT COLE GORDON, DEVIN PHILLIPS, & MICHAEL VAN DOBBS, ALSO FOR COMPLAINTS FILED IN THE U.S. DISTRICT COURT. I HAVE NO DOUBT THAT THEY WILL CONTINUE TO DO THIS — AND WORSE — UNTIL SOMEONE INTERVENES! POD 11D IS OBVIOUSLY PUNITIVE SEGREGATION/ISOLATION. I AM BEING CRUELLY & UNUSUALLY PUNISHED, & AM BEING PUNISHED PRIOR TO CONVICTION, IN VIOLATION OF THE FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION. IN ADDITION TO THE THINGS LISTED, I HAVE BEEN CONTINUALLY DENIED MY RIGHT TO VOTE, EVEN THOUGH I AM NOT A CONVICTED FELON & MAINTAIN THAT CONSTITUTIONAL RIGHT & DUTY. ADDITIONALLY, MY INCOMING AND OUTGOING MAIL IS BEING CENSORED & DESTROYED, INCLUDING MAIL FROM MY COURT-APPOINTED ATTORNEY AND OUTGOING, PLAINLY-MARKED LEGAL MAIL TO THE U.S. DISTRICT COURT & OTHER COURTS & ATTORNEYS. THESE ARE OBVIOUSLY VIOLATIONS OF MY FIRST AMENDMENT RIGHTS & ARE EVIDENCE OF JAIL STAFF'S WILLINGNESS TO OBSTRUCT JUSTICE. I LIVE IN CONSTANT FEAR OF FURTHER RETALIATION & MY ISOLATION HAS MADE ME INCREASINGLY ANXIOUS, PARANOID & DEPRESSED. THESE ARE THE PEOPLE THAT ARE SUPPOSED TO BE CARING FOR ME! I AM ENTRUSTED TO THEIR CARE UNTIL TRIAL (JULY 31, 2024), BUT THEY ARE TORTURING ME. THEY MADE ME WORK AS A SLAVE FOR NEARLY A MONTH AFTER WITHDRAWING MY CONSENT TO WORK, & NOW, THEY ARE HARASSING & INTIMIDATING ME DAILY BECAUSE OF MY INVOLVEMENT IN LITIGATION AGAINST THEM. I'M AFRAID THEY MAY SERIOUSLY INJURE OR KILL ME! I AM NOT SUICIDAL, BUT RIGHT NOW, IF THEY DID KILL ME, AT LEAST THEY WOULDN'T BE ABLE TO HURT ME ANYMORE. THAT'S HOW BAD IT IS!

7) THE JAIL'S STAFF IS OBVIOUSLY PUNISHING ME FOR ENGAGING IN PROTECTED ACTIVITIES/CONDUCT. THEY ARE ALSO OBSTRUCTING MY ACCESS TO THE COURTS & OUTRIGHT DENYING MY ACCESS TO OTHER INMATES, REHABILITATIVE PROGRAMS, EDUCATION, & THE OUTSIDE WORLD IN RETALIATION TO MY ENGAGEMENT IN PROTECTED ACTIVITIES (FILING GRIEVANCES & LAWSUITS AGAINST THEM).

8) EVEN BEFORE HIS PUNITIVE ISOLATION, PLAINTIFF WAS ONLY AFFORDED LESS THAN TWO HOURS (TOTAL) OUTSIDE RECREATION IN HIS NEARLY THREE YEARS' CONFINEMENT, & THE RESTRICTIONS ON EXERCISE ADVERSELY AFFECTED HIS HEALTH. FOR MORE THAN TWO YEARS, I WAS CONFINED, NOT TO A CELL, BUT TO A 7'x2' BUNK FOR MORE THAN 10 HOURS DAILY & SOMETIMES IN EXCESS OF 24-HOURS AS A MATTER OF MASS-PUNISHMENT.

9) ALL BIBLES WERE CONFISCATED & BANNED BY STAFF IN 2025; I DID NOT HAVE ACCESS TO A BIBLE FOR CLOSE TO A MONTH WHILE WAITING FOR MY FAMILY TO SEND ME ONE & FOR THE JAIL TO ALLOW ME TO OBTAIN IT. THEY DENIED MY REQUESTS TO WORSHIP WITH MULTIPLE CHRISTIAN DENOMINATIONS & DENYING MY RIGHT TO PRACTICE OLD TESTAMENT DIETARY LAWS, NEW TESTAMENT FASTING CUSTOMS, & THE ABILITY TO BE PART OF A CHURCH, AS DETAILED IN ACTS CHAPTER 2.

10) I HAVE BEEN DENIED MEANINGFUL & SOMETIMES TOTAL ACCESS TO LIBRARY SERVICES, LEARNING MATERIALS & THE LAW LIBRARY DURING THIS PERIOD OF CONFINEMENT.

11) JAIL STAFF HAS DESTROYED & CONFISCATED PERSONAL, NON-CONTRABAND ITEMS & ESSENTIAL LEGAL PAPERWORK IN THEIR "SHAKEDOWNS" IN ORDER TO INTIMIDATE & HARASS ME & TO OBSTRUCT JUSTICE.

12) THE JAIL DID NOT ALLOW ME TO ATTEND FORECLOSURE COURT, RESULTING IN THE DEFAULT LOSS OF MY PROPERTY & THE ACCRUAL OF SUBSTANTIAL DEBT.

13) FOR MORE THAN TWO YEARS, WHILE CONFINED TO MY 7'X 2' BUNK, I WAS FORCED TO WATCH THE FIFTEEN-MINUTE "PRISON RAPE ELIMINATION ACT" VIDEO ON REPEAT FOR MORE THAN TWO HOURS DAILY AT A VERY LOUD VOLUME. NOW, I AM FORCED TO WATCH IT FOR TWO HOURS ON THURSDAY OF EACH WEEK. IN 2023, WHILE ON SUICIDE WATCH, DEPUTY APER, A KNOWN SEXUAL PREDATOR, FORCED ME TO SHOW HIM MY GENITALS WITHOUT REASON OR JUSTIFICATION. TWO OTHER DEPUTIES ABUSED ME IN THEIR CONDUCTING STRIP SEARCHES & ONE COMMENTED, "IF YOU DON'T LIKE IT, DON'T COME TO JAIL." SEXUAL ABUSE IS RAMPANT AT THE JAIL & OFFENDERS ARE COMMONLY PROTECTED BY OPENLY & AGGRESSIVELY HOMOSEXUAL LEADERSHIP. WHILE WORKING AS A TRUSTEE, CHAD WALKER APPROACHED ME IN WHAT APPEARED TO BE A SEXUALLY-FORWARD WAY & ASKED ME TO SAY THAT ROBERT GORDON (WHO I BARELY KNEW AT THE TIME) FORGED MY SIGNATURE ON A LAWSUIT, IN EXCHANGE FOR A FAVORABLE PLEA DEAL. ALSO WHILE WORKING AS A TRUSTEE, JASPER DRISKILL ASKED ABOUT MY INVOLVEMENT IN THE "BIBLE BAN" LAWSUIT & TOLD ME TO DROP IT IF I LIKED MY JOB AS A TRUSTEE. I TOOK THESE AS THREATS.

14) THE GRIEVANCE SYSTEM IS ARBITRARY. I HAVE CONSISTENTLY BEEN DENIED MY RIGHT TO APPEAL & TO "ONE-LEVEL" OF APPEAL. I HAVE BEEN PUNISHED & RETALIATED-AGAINST FOR FILING GRIEVANCES & HAVE PERSONALLY WITNESSED OTHERS BEING RETALIATED-AGAINST FOR FILING GRIEVANCES.

15) STAFF UNLAWFULLY DENIED MY TENNESSEE PUBLIC RECORDS ACT/ FREEDOM OF INFORMATION ACT REQUESTS ON THE FALSE BASIS THAT I AM NOT A TENNESSEE RESIDENT.

16) ON 7/12/2026, WHILE WORKING AS A TRUSTEE, I REQUESTED THAT SERGEANT VARNI REFILL OUR ONLY MEANS TO ACCESS WATER WHILE WORKING. HE RELUCTANTLY REFILLED THE WATER WITH A SPRAY NOZZLE THAT SITS ON THE

FLOOR DRAIN & IS COVERED IN MOLD & DEBRIS, RESULTING IN DISGUSTING PARTICLES FLOATING IN THE WATER, WHICH MADE ME & THE OTHER TRUSTEE VERY SICK.

17) MY LAWFULLY-HELD, NON-CONTRABAND PROPERTY HAS BEEN SEIZED & STOLEN BY DEPUTIES ON MORE THAN ONE OCCASSION.

18) I HAVE BEEN PLACED IN CELLS LITERALLY COVERED IN URINE & FECES; I HAVE BEEN PLACED IN CELLS WITH INSANE INMATES THAT WERE ON PROPERTY RESTRICTIONS; I WAS CAUGHT IN THE MIDDLE OF A RACE-CONFLICT EXACERBATED BY JAIL STAFF; I HAVE BEEN PLACED IN DORMS WITH INMATES SUFFERING FROM COMMUNICABLE DISEASES, INCLUDING HIV, AIDS & HEPATITIS; DEPUTIES' MASS-PUNISHMENT TACTICS INCREASE HOSTILITIES & PUNISH THE INNOCENTS; I HAVE WITNESSED TRUSTEES WASHING LAUNDRY WITH NO CLEANING AGENTS OR USING THE HARMFUL CHEMICAL CLEANER "RAZOR CITRUS BREEZE III," WHICH IS COMMONLY NOT LABELED OR MISLABELED AS SIMPLEGREEN, IN LIEU OF DETERGENT; I HAVE BEEN FORCED TO HANDLE CLOTHING & OTHER ITEMS CONTAMINATED WITH FECES & BODILY FLUIDS WITHOUT PROPER PROTECTIVE EQUIPMENT; STAFF HAS LEFT FECES-COVERED UNIFORMS IN THE POD FOR DAYS, FEET AWAY FROM SLEEPING AREAS & EATING AREAS; STAFF MEMBERS HAVE DISCLOSED THE CONTENTS OF GRIEVANCES & REQUESTS TO OTHER INMATES & STAFF MEMBERS; MEDICAL STAFF HAS BEEN WEAPONIZED AGAINST ME, INCREASING MY FEAR OF DEATH OR SERIOUS BODILY HARM AT THEIR HANDS. I HAVE BEEN COMPLETELY DENIED VISION & DENTAL CARE THAT IS DESPARATELY NEEDED & THAT IMPACTS MY DAILY LIFE, & THE JAIL'S MEDICAL STAFF REFUSES TO ADDRESS THE TMJ I AM SUFFERING FROM, OR OTHER MEDICAL ISSUES THAT CAUSE ME PAIN & DISCOMFORT. IN 2025, I WAS WRITTEN-UP FOR FILING A GRIEVANCE AGAINST MEDICAL, & WHEN I WAS FOUND "NOT GUILTY," WAS PLACED ON SUICIDE WATCH, WITHOUT JUSTIFICATION, FOR 10 DAYS AS A FORM OF PUNITIVE ISOLATION/SEGREGATION.

19) JAIL STAFF RELIES ON INMATES' INABILITY TO REALISTICALLY SEEK RESPITE FROM THEIR ABUSES & CONSTITUTIONAL INFRINGEMENTS DUE TO INMATES' LACK OF RESOURCES & EDUCATION; THIS STAFF GOES A STEP FURTHER, THOUGH, BY INTIMIDATING THOSE THAT ARE SEEKING RESPITE FROM ABUSE & BY ISOLATING & SEGREGATING THOSE — LIKE ME — WHO ARE PERCEIVED TO HAVE THE MEANS OF COMBATTING THE CORRUPTION & TYRANNY, & OF POTENTIALLY HELPING OTHERS FIGHT FOR THEIR RIGHTS, AS WELL. I AM IN CONSTANT FEAR OF FURTHER RETALIATION & OF THE LENGTHS JAIL STAFF WILL GO TO TO OBSTRUCT JUSTICE.

I DECLARE, UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO FRCP 11, I BELIEVE I HAVE MADE A VALID LEGAL CLAIM, AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE, & MY CLAIMS ARE SUPPORTED BY EVIDENCE.

FURTHER AFFIANT SAITH NOT.

[signature] / CODY HEATH WIGGINS - #69253
AFFIANT

9/9/2026
DATE

CODY HEATH WIGGINS-#69253
WILLIAMSON COUNTY JAIL
408 CENTURY CT.
FRANKLIN, TN 37064





RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CLERK, US DISTRICT COURT
719 CHURCH ST.
#1300
NASHVILLE, TN 37203

[LEGAL MAIL]

[LEGAL MAIL]

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office