RECEIVED
OCT 0 2 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NOTICE OF AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN UNDER THE PENALTY OF PERJURY, I AM OVER THE AGE OF 18, AM COMPETENT TO TESTIFY, & HAVE PERSONAL KNOWLEDGE OF THE FACTS COMPLAINED OF.

1) I AM A PRETRIAL DETAINEE INCARCERATED IN WILLIAMSON COUNTY JAIL IN FRANKLIN, TENNESSEE SINCE NOVEMBER 11, 2023. SINCE 8/1/2026, I, ALONG WITH TWO OTHER INMATES WHO ARE ALSO SUING JAIL STAFF, HAVE BEEN LOCATED & SEGREGATED IN POD 110, SO THAT DEPUTIES CAN MORE EASILY HARASS & INTIMIDATE ME FOR FILING A COMPLAINT WITH THE U.S. DISTRICT COURT, & SO THAT THEY CAN FURTHER OBSTRUCT JUSTICE, RESTRICT MY ACCESS TO LEGAL MATERIALS & RESTRICT MY ACCESS TO CO-PLAINTIFFS IN THE CIVIL CASE AGAINST JAIL STAFF. FOR SOME TIME AFTER THIS INVOLUNTARY SEGREGATION, CERTAIN ADMINISTRATORS INSISTED POD 110 WAS "GENERAL POPULATION," SINCE NONE OF THE INMATES IN POD 110 WERE ON DISCIPLINARY STATUS OR IN PROTECTIVE CUSTODY. THIS IS DESPITE THE OBVIOUS ADVERSE TREATMENT & SEGREGATION OF THE THREE POD 110 INMATES & DIFFERENT TREATMENT FROM ACTUAL GENERAL POPULATION INMATES. ALL THE WHILE, DEPUTIES CONSISTENTLY REFERRED TO POD 110 AS A "SPECIALTY HOUSING UNIT."

2) AFTER ZERO DISCIPLINARY STRIKES FROM NOVEMBER 11, 2023 UNTIL THE FILING OF MY COMPLAINT ON AUGUST 22, 2026, MY PODMATES & I WERE BOMBARDED WITH PETTY, FABRICATED WRITE-UPS, RESULTING IN MY PUNISHMENT. ON 9/3/2026 AT APPROXIMATELY 1430, DEPUTY PARAMORE STATED THAT OUR WRITE-UPS WERE RETALIATORY & AGAIN CONFIRMED THIS OPINION AT ABOUT 1925 ON 9/9/2026 & AGAIN ON 9/11/2026 AT MY DISCIPLINARY BOARD HEARING. DURING THIS SAME DISCIPLINARY BOARD HEARING, DEPUTY PARAMORE CONFIRMED THROUGH TESTIMONY THAT POD 110 WAS A SEGREGATED LOCKDOWN POD FOR INMATES SUING ADMINISTRATION.

3) DURING HIS DISCIPLINARY BOARD HEARING, DEVIN PHILLIPS WAS APPARENTLY SEXUALLY ASSAULTED BY A DEPUTY, AS I HEARD HIM SCREAMING FOR DEPUTIES TO "STOP GRABBING HIS PENIS" & TO "STOP SEXUALLY ABUSING HIM." DUE TO HEARING THE ENSUING CHAOS & PHILLIPS' CRIES FOR HELP, I HAD A PANIC ATTACK IN WHICH MY MIND RACED BACK TO TRAUMA I EXPERIENCED DURING MY SIX YEARS IN THE MARINE CORPS, RESULTING IN CHEST PAINS, CHILLS, A SURGE OF ADRENALINE, RACING THOUGHTS, & NAUSEA THAT LED TO VOMITING & RAPID, UNCONTROLLABLE BREATHING. MY MENTAL HEALTH HAS DETERIORATED SUBSTANTIALLY SINCE BEING ISOLATED, SEGREGATED, & BULLIED BY DEPUTIES CONTINUOUSLY, ALL RESULTING FROM RETALIATION FOR MY CIVIL COMPLAINT FILED ON 8/22/2026 & MY PERCEIVED ROLE IN A PREVIOUS SUIT I WAS, IN FACT, NOT INVOLVED IN. MY MENTAL HEALTH HAS CONTINUED TO SUFFER & I AM GRAVELY AFRAID OF INCREASINGLY AGGRESSIVE EFFORTS BY JAIL STAFF TO SILENCE, HARASS & RETALIATE AGAINST ME. THEY KNOW THEY CAN GET AWAY WITH ALL OF THIS BECAUSE I AM JUST AN INMATE & THEY ARE POLICE.

I DECLARE, UNDER PENALTY OF PERJURY, THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO FRCP 11, I BELIEVE I HAVE MADE A VALID LEGAL CLAIM, AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE, & MY CLAIMS ARE SUPPORTED BY EVIDENCE.

FURTHER AFFIANT SAITH NOT.

[signature] / CODY HEATH WIGGINS - #69353
AFFIANT

9/11/2026
DATE

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064




RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

[LEGAL MAIL]

[LEGAL MAIL]

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office