IN THE US DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

CODY HEATH WIGGINS

V.

CHAD YOUKER, ET AL.

CASE NO. ________

NOTICE OF AFFIDAVIT

I, CODY HEATH WIGGINS, GIVE OATH AFTER BEING DULY SWORN UNDER PENALTY OF PERJURY, I AM OVER THE AGE OF 18 + COMPETENT TO TESTIFY + HAVE PERSONAL KNOWLEDGE OF THE FACTS HEREIN.

RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

1) THIS IS MY FOURTH ATTEMPT TO FILE THIS COMPLAINT, ALL PREVIOUS ATTEMPTS HAVE BEEN INTERCEPTED + DESTROYED BY JAIL STAFF. THE COMPLAINT ENCLOSED IS AN EXACT COPY OF THE ONE I ATTEMPTED TO FILE ON 8/6/2026.

2) THE LOSS + DESTRUCTION OF LEGAL MAIL IS A SERIOUS ISSUE THAT I ADDRESS IN MY COMPLAINT. JAIL STAFF COMMONLY READS + TAMPERS WITH OUTGOING PERSONAL + LEGAL MAIL, AS WELL AS INCOMING PERSONAL + LEGAL MAIL. OTHER INMATES CAN + WILL TESTIFY TO THIS FACT.

FURTHER AFFIANT SAITH NOT.

[signature] / CODY HEATH WIGGINS
AFFIANT

9/24/2026

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064




RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

[LEGAL MAIL]

[LEGAL MAIL]

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office