IN THE US DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

COREY HEATH WIGGINS

V.

CHAD YOUKER, ET AL.

CASE NO. ________

NOTICE OF AFFIDAVIT (9/25/2026)

I, COREY HEATH WIGGINS, DECLARE UNDER OATH AFTER BEING DULY SWORN THAT I AM OVER THE AGE OF 18, AM COMPETENT TO TESTIFY, & HAVE PERSONAL KNOWLEDGE OF THE FACTS HEREIN.

RECEIVED
OCT 0 2 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

1) AFTER REQUESTING A CERTIFICATE OF INMATE TRUST FUND ACCOUNT, I WAS FINALLY ISSUED ONE ON 9/25/2026 (DATED 9/24/2026). IT IS WORTH NOTING I WAS GIVEN A SINGLE-PAGE DOCUMENT ON 8/26/2026 THAT HAD ACCURATE VALUES LISTED, BUT THAT DID NOT INCLUDE A SIX-MONTH TRANSACTION HISTORY, WHICH CAUSED ME TO HAVE TO REQUEST ANOTHER DOCUMENT. ON 9/25/2026, I WAS GIVEN AN 11-PAGE DOCUMENT WHICH INCLUDED TRANSACTIONS FROM MARCH 2025 & WAS CHARGED .15¢ PER PAGE FOR THE DOCUMENT.

2) THE CERTIFICATE OF INMATE TRUST FUND ACCOUNT ISSUED ON 9/25/2026 & SIGNED BY LIEUTENANT ASHLEY LINDQUIST CONFOUNDS MATHEMATICS & CONTRADICTS THE ACCURATE STATEMENT ISSUED ON 8/26/2026. SPECIFICALLY, THE AVERAGE MONTHLY DEPOSIT AMOUNT IS NOT $382.33 FOR EITHER THE SIX-MONTH PERIOD PRIOR TO THE ISSUE-DATE OR THE ENTIRE PERIOD OF INCARCERATION. THE TRANSACTION HISTORY PLAINLY SHOWS A TOTAL DEPOSIT AMOUNT OF $470 FROM 3/24/2026 THROUGH 9/24/2026. AFTER DIVIDING BY 6 (MONTHS), THE AVERAGE MONTHLY DEPOSIT AMOUNT IS CLEARLY EQUAL TO $78.20. (THE STATEMENT ISSUED ON 8/26/2026 REFLECTED THIS AMOUNT AS $74.16, WHICH I BELIEVE TO BE ACCURATE.) WHEN THEY ARE NOT OUTRIGHT REFUSING TO PROVIDE THESE DOCUMENTS, THEY ARE PURPOSEFULLY SABATOGING THEM IN ORDER TO OBSTRUCT JUSTICE & MISLEAD THE GOVERNMENT THROUGH INPUTTING OBVIOUSLY INCORRECT DATA. ALL THE WHILE CHARGING INMATES FOR THE COPIES!

FURTHER AFFIANT SAITH NOT.

[signature] COREY HEATH WIGGINS #69283

DECLARATION

I, Cody Heath Wiggins, hereby declare under penalty of perjury that I have personally reviewed & signed this document. I further declare that, pursuant to Rule 11 of FRCP, I believe I have a valid legal claim, I am not filing this document for an improper purpose, & my claims are supported by evidence.

[signature] /Cody Heath Wiggins - #69353

* CERTIFICATE OF SERVICE *

I hereby attest that true & exact copies of this document have been served on all parties to this case.

[signature] /Cody Heath Wiggins - #69353

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064



RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN


Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

UNITED STATES OF AMERICA
FOREVER/USA

[LEGAL MAIL]

[LEGAL MAIL]

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore the department does not
assume responsibility for its contents.
Williamson County Sheriff's Office