IN THE US DISTRICT COURT, MD OF TENNESSEE AT NASHVILLE

Cody Heath Wiggins

v.

Chad Youker, et al.

Case No. ________

AFFIDAVIT

I, Devin Phillips, give oath after being sworn under penalty of perjury, am over age 18, competent to testify, and state the following to the best of my knowledge

RECEIVED
OCT 0 2 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

1- Robert cole Gordon did not forge any documents

2- I personally requested mr. Gordon to assist me in filing a lawsuit against captain youker as well as various other legal documents. per 28 cfr 543.11

3- I am currently placed in segregation and in fear for my life that the jail staff + youker might harm me or attempt to retaliate against me.

4- The bible lawsuit is 100% ligitimate and all allegations are true.

5- I believe captain Youker has conspired to forge documents to try and deligitimize the bible lawsuit as well as other lawsuits brought against him & the jail. I have personally been denied documents needed to file lawsuits by jail & jail staff

6- I personally attend church & bible studies 3-4 times a week with ~~[illegible]~~ Mr. Gordon, He is an ~~upstanding~~ upstanding citizen & all around person.

7- I have personally witnessed roughly 25-30 instences of sexual abuse and personally been victim of these abuses dozens of times. including being told to strip naked bend at the waist and spread my butt cheeks. I've witnessed 7 guys be forced to strip naked in front of a group of 20 other guys watching. Sexual abuse is rampent at this Jail by the hands of the gaurds & staff. I also don't believe homosexual males should be performing strip searches and pat downs

8- I have personally been intimidated by LT. Turner, LT. Lockheart, Fairchild, Head, Finney, and Captain Youker to the point at which I feared for my life, I wrote grivences about these incidents but was told they had the right to yell at me, ~~and~~ scare me, retaliate against me, and cause me to fear for ~~my~~ my life
JDA

9- I have been retaliated against for filing a grievance about inmates being sexually abused by Sargent Crowe.

10- Deputy Wright personally told me that he locked Karl Bjork in the walk in cooler in the kitchen as a joke and that Karl needs to man up and get over it.

11- during a strip search performed in my pod that was done in front of everyone I was forced to watch inmates strip naked + was next in line to have to strip in front of everyone until an emergency stopped the searches.

12- I have seen personally racist comments from deputies. as well as anti semetic comments.

Further Affiant Saith not.

[signature] ID 8994
Affiant 8-1-26

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064

RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

[LEGAL MAIL]

UNITED STATES OF AMERICA
FOREVER/USA

[LEGAL MAIL]

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office