IN THE US DISTRICT COURT, MD OF TENNESSEE AT NASHVILLE

COUNTY OF DAVIDSON
STATE OF TENNESSEE

RECEIVED

OCT 02 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CODY HEATH WIGGINS
V.
CHAD YOUNKER, ET AL.

CASE NO. ________

AFFIDAVIT

I, DEVIN PHILLIPS, GIVE OATH AFTER BEING DULY SWORN UNDER THE PENALTY OF PERJURY. I AM OVER AGE 18, COMPETENT TO TESTIFY AND HAVE PERSONAL KNOWLEDGE OF THE FACTS CONTAINED HEREIN

1- I AM IN FEAR FOR MY LIFE & SAFETY TO COME FORWARD WITH MY TESTIMONY AS A VICTIM OF SEXUAL ABUSE & RETALIATION

2- I ATTEMPTED TO FILE A POLICE REPORT AFTER SPEAKING WITH MY LAWYERS & WAS DENIED.

3- I HOLD A B.A. DEGREE FROM M.T.S.U. & LOCAL BUSINESS OWNER, I AM A COMMUNITY VOLUNTEER & MEMBER OF THE CHURCH OF CHRIST

4- I WORKED AS A TRUSTEE AT WCSO. LT. PRISKILL MADE UNPROFESSIONAL & INAPPROPRIATE COMMENTS TO ME OF A SEXUAL NATURE. PRISKILL TOLD ME IF I REPORTED HIM I WOULD LOSE MY JOB AS A TRUSTEE & HE WOULD MAKE SURE I NEVER GOT OUT OF JAIL. PER WCSO POLICY, I FILED A COMPLAINT USING THE GRIEVANCE DROP BOX. AND SPOKE TO DEPUTY RIGGS. RIGGS WAS LATER FIRED FOR MAKING RACIAL & SEXUAL COMMENTS. I LOST MY JOB FOR FILING THE GRIEVANCE, THE NEXT DAY & WAS EVENTUALLY PLACED IN INVOLUNTARY SEGREGATION. PRISKILL SMELLED OF ALCOHOL AT WORK.

5- CHAD YOUKER IS A HOMOSEXUAL MALE THAT MAKES UNWANTED & INAPPROPRIATE ADVANCES ON MALE INMATES. WHEN I REJECTED YOUKERS UNWANTED ADVANCES HE RETALIATED AGAINST ME. BOTH MARQUAVIOS GARNER & JEREMIAH MOORE TOLD ME DIRECTLY ABOUT BEING SEXUALLY ABUSED AT WCSO & YOUKER, DRISKILL, AND OBERMEYER ASKED THEM TO RECANT THEIR STATEMENTS FOR FAVORABLE PLEA DEAL, WHICH THEY RECEIVED.

6- YOUKER & DRISKILL FILM ME WHILE NUDE IN THE SHOWER AREA AND BATHROOM. I WAS FORCED TO WATCH OTHER INMATES STRIP FULLY NUDE IN SOME TYPE OF "STRIP TEASE" FOR WCSO DEPUTY SEXUAL GRATIFICATION.

7- WCSO DEPUTY WAS FIRED FOR WATCHING PORNOGRAPHIC HOMOSEXUAL FILM & MASTURBATING WHILE ON DUTY IN THE JAIL,

8- AFTER SEEING YOUKER & HIS STAFF RETALIATE AGAINST INMATE GORON, IT DETERED ME FROM MAKING A REPORT UNTIL I BECAME SUBJECT OF THE SAME RETALIATION. I WAS AWARE MR GORDON WAS FORCED TO MASTURBATE BY DEPUTY APER & SUBSEQUENTLY PLACED IN ISOLATION WITH DEPUTY APER IN RETALIATION. GORDON WAS PHYSICALLY ASSAULTED AFTER CHURCH & IT PLACED

9- I AM PERSONALLY AWARE OF OVER FIFTY VICTIMS OF SEXUAL ABUSE BY WCSO STAFF, 20-30 AT ONCE

10- LT. JAMES TOLD ME "WHAT THE FUCK YOU GONNA DO BITCH? TAKE THIS BBC!?" I TOOK THIS AS ANOTHER THREAT OF SEXUAL ABUSE & RETALIATION BY HOMOSEXUALS BBC IS AN ACRONYM FOR BIG BLACK COCK. MR. JAMES IS A LARGE AFRICAN-AMERICAN MALE

11- I WAS PERSONALLY ASKED TO LIE ABOUT THE INCIDENTS WHICH I REPORTED BY CHAD YOUKER. AFTER BEING COERCED TO COVER UP MY CLAIMS OF RETALIATION & SEXUAL ABUSE I TOLD YOUKER I WOULD NOT LIE FOR HIM OR FABRICATE ANY STORY TO DISCREDIT MR GORDON AS YOUKER INSTRUCTED ME TO DO. I PRAY YOUKER DOES NOT ATTEMPT TO FRAME ME OR RETALIATE FURTHER.

FURTHER AFFIANT SAITH NOT

Dev Phillips

DEVIN PHILLIPS #8994

AFFIANT

(8)

WHILE ON CAMERA JASPER DRISKILL MADE THE FOLLOWING STATEMENTS THAT THE GENERAL PUBLIC WOULD DEEM AS HARASSMENT BY LAW ENFORCEMENT:

A - "DO YOU KNOW THE DIFFERENCE BETWEEN JELLY & JAM? I CAN'T JELLY MY DICK IN YOUR ASS" I TOOK THIS AS RAPE & SODOMY THREATS OR AT MINIMUM SEXUAL HARASSMENT BY DRISKILL

B - "DO YOU KNOW WHY NIGGERS DON'T HAVE NIGHTMARES? WE KILLED THE ONLY ONE WITH A DREAM" DRISKILL WAS REFRENCING THE COPS WHO KILLED MLK. I FIND USING THE WORD NIGGER IN TODAYS SOCIETY OFFENSIVE, THIS IS A THREAT AGAINST CIVIL RIGHTS ACTIVIST LIKE MYSELF

C - "DO YOU KNOW WHY JEWISH KIDS ARE GOOD AT SCHOOL? WE SEND THEM TO CONCENTRATION CAMP" DRISKILL WAS MAKING FUN OF MY AUTISTIC SON & REFRENCE TO NAZI GERMANY GENOCIDE OF A RELIGIOUS GROUP

D - "WHAT IS LONG & HARD ON A NIGGER? THE 3RD GRADE" I'M A CAUCASIAN MALE BUT I TOOK THIS AS A RACIAL THREAT & DISCRIMINATION OF A MINORITY GROUP & A PENIS REFRENCE

E - "CAN I SHOW YOU MY NEW LEG TATOO? ITS A SQUIRREL ON THE INSIDE OF MY THIGH REACHING UP FOR MY NUTS LIKE YOUR MOM DOES" MY MOTHER OR ANY OF FAMILY MEMBER DOES NOT KNOW JASPER DRISKILL & THIS WAS AN ATTEMPT TO SHOW GENITALS

F - "CAN YOU TELL ME THE DIFFERCE BETWEEN JESUS & PIZZA? A PIZZA DOESN'T SCREAM LIKE A BITCH WHEN I CUT INTO IT" DRISKILL WAS REFRENCING JESUS CHRIST CRUSIFICTION & PLACED ME IN FEAR TO BE A CHRISTIAN

I DON'T THINK DRISKILL IS OF ROMAN DECENT.

G - "DO YOU KNOW HOW TO TURN A PUSSY INTO AN ASS HOLE? PUT A BADGE ON IT. DO YOU KNOW HOW TO TURN THE ASS HOLE BACK INTO A PUSSY? BEND ME OVER" I TOOK THIS STATEMENT AS A SEXUAL ADVANCE TO ENGAGE IN SODOMY WITH DRISKILL. THE EVOLVING STANDARDS OF DECENCY WOULD FIND THIS AN INAPPROPRIATE COMMENT OF SEXUAL NATURE. I FEEL DRISKILL USES HIS POSITION AS A LAW ENFORCEMENT OFFICER TO EXPLOIT & DISCRIMINATE AGAINST MINORITIES OF BOTH RACE & RELIGION WHILE MAKING SEXUAL ADVANCES AS A HOMOSEXUAL MALE. THERE IS AN EXTREMELY HIGH PROPORTION OF HOMOSEXUAL OFFICERS EMPLOYED AT WCSO UNDER CHAD YOUKER WHO IS ALSO A HOMOSEXUAL MALE AND LGBTQ SUPPORTER & ATHEIST. NEEDLESS TO SAY I FEEL UNCOMFORTABLE, AND IN FEAR

H - "HEY PHILLIPS HOW MANY CHRISTIANS CAN YOU FIT IN A CAR? TWO IN THE FRONT, THREE IN THE BACK, AND FIVE THOUSAND IN THE ASH TRAY" DRISKILL SAID THIS TO INTIMIDATE ME FROM PRACTICING MY RELIGIOUS BELIEFS. I AM INTIMIDATED OF FURTHER HARASSMENT & RETALIATION. DRISKILL WENT ON TO CALL ME A "PUSSY-ASS FAGGOT AND LITTLE BITCH" WHEN I TOLD HIM TO STOP. I AM NOT A HOMOSEXUAL

8- I WAS RECENTLY INTERVIEWED BY THE TENNESSEE BUREAU OF INVESTIGATION DUE TO FILING A GRIEVANCE & ACTION AGAINST CHAD YOUKER & THE COUNTY ITSELF. OVER 30 INMATES WERE INTERVIEWED ABOUT THE BIBLE BAN AND EVERY INMATE SUBSTANTIATED THE VALIDITY OF THEIR CLAIM. I SPOKE WITH MR KIETH HOLIDAY WHO WAS ASSAULTED BY WCSO DEPUTIES WHILE NUDE, KARL BJORK WAS LOCKED IN A FREEZER, KEVIN RICONSCUITO WAS ASKED TO "JACK OFF", CODY WIGGINS WAS FORCED TO SHOW & TOUCH GENITALS ALL BY WCSO DEPUTIES. I FEEL THIS WAS NO MORE THAN FURTHER INTIMIDATION & TO RUIN THE DIGNITY OF VICTIMS. THE TBI AGENT ASKED ME MULTIPLE QUESTIONS IN SOME TYPE OF WITCH HUNT TO DISCREDIT THE LITIGATION. I BELIEVE CHAD YOUKER & JASPER DRISKILL FORGED DOCUMENTS AND STOLE LEGAL MAIL IF ANY CRIME WAS COMMITTED, AT NO POINT DID ANYONE PRODUCE AN EXAMPLE OF WHAT WAS ALLEGEDLY FORGED, OR HAVE ANY TANGIBLE PROOF OF ANYTHING. THESE FALSE ACCUSATION AMOUNT TO LIABLE & SLANDER UNDER THE GUISE OF LAW ENFORCEMENT.

CHAD YOUKER APPROACHED ME TO BECOME A CONFIDENTIAL INFORMANT FOR THE STATE OF TENNESSEE AGAINST ROBERT GORDON AND COERCED ME TO ATTEMPT TO EXTRACT INFORMATION & FABRICATE STATEMENTS FROM ROBERT GORDON. YOUKER TOLD ME IF I CAN "MAKE UP A GOOD STORY" ABOUT MR GORDON WHERE I WILL TESTIFY UNDER OATH THAT JENNIFER DUNGAN WILL GIVE ME A FAVORABLE PLEA DEAL. JENNIFER DUNGAN IS THE DISTRICT ATTORNEY ON MY CRIMINAL CASE. YOUKER TOLD ME HE HATES ROBERT GORDON MORE THAN ANYONE IN THE WORLD & HE IS "WILLING TO BEND THE LAW" TO SET MR GORDON UP. IT IS DOCUMENTED THAT LT. LOVELACE SAID "I'LL WRITE YOU UP IF YOU DON'T HAVE SEX WITH ME." LT. LOVELACE IS A MALE EMPLOYEE OF WCSO & WAS PUNISHED, BUT NOT FIRED. I TOLD CHAD YOUKER I WILL NOT FABRICATE A STORY ABOUT ROBERT GORDON AND I WOULD NEED A SIGNED AGREEMENT FROM THE DISTRICT ATTORNEY. YOUKER INSTRUCTED ME TO LIE ABOUT MR GORDON.

ME IN FEAR TO PRACTICE MY RELIGION. YOUKER USES HARASSMENT & INTIMIDATION TO KEEP ME FROM ATTENDING CHURCH OR PRACTICING MY SINCERELY HELD RELIGIOUS BELIEFS. I WAS RECENTLY HARASSED FOR PARTAKING IN THE LORDS SUPPER ON THE SABBATH WHICH I DO EACH WEEK AS PART OF MY RELIGION. THE HARASSMENT & RETALIATION HAS CONTINUED TO ESCALATE WHERE I WAS PUNISHED FOR TAKING THE LORD'S SUPPER & PLACED IN INVOLUNTARY SEGREGATION FOR PRACTICING MY RELIGION. THIS PUNISHMENT TOOK PLACE HOURS AFTER FILING A GRIEVANCE & REQUESTING RELIGIOUS LITERATURE. I AM AFRAID OF FURTHER PERSECUTION OF MY CHRISTIAN RELIGIOUS BELIEFS & OF CONTINUED SEXUAL ABUSE, RELIGIOUS INTIMIDATION, THREATS, HARASSMENT, AND RETALIATION FOR REPORTING ABUSE. I THOUGHT VICTIMS OF SEXUAL ABUSE & HARASSMENT WERE TO BE FREE OF INTIMIDATION AND I THOUGHT FILING A GRIEVANCE WAS PROTECTED CONDUCT. YOUKER TOLD ME IF I PURSUED LITIGATION HE WOULD TELL DISTRICT ATTORNEY JENNIFER DUNGAN TO FILE CHARGES AGAINST ME & HE WILL "LIE ALL HE WANTS" JUST LIKE HE & THE DEPUTIES DID AGAINST ROBERT GORDON

I Hereby delare under penalty of perjury that I have personally reviewed and signed this document. I further declare that, Pursuant to rule 11 of FRCP I believe I have a Valid Legal claim, I am not filing this document for an improper purpose (such as to harass someone), and my claims are supported by evidence or likely will have evidentiary support after a reasonable opportunity for investigation

Devin Phillips

[signature]

9-3-26

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064




RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

[LEGAL MAIL]

[LEGAL MAIL]

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office