IN THE US DISTRICT COURT, MD OF TENNESSEE AT NASHVILLE

CODY HEATH WIGGINS
V.
CHAD YOUNGER, ET AL.

CASE NO. ______

RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

AFFIDAVIT

STATE OF TENNESSEE

COUNTY OF WILLIAMSON

I, KEVIN RICONOSCUITO, AFTER BEING DULY SWORN ACCORDING TO LAW, GIVE OATH AND SAY, I AM OVER THE AGE OF 18 AND COMPETENT TO TESTIFY WITH PERSONAL KNOWLEDGE OF FACTS & PENALTY OF PERJURY

1) ON OR ABOUT MAY 12, 2024 I PERSONALLY WITNESSED DEPUTY APER DEMAND ROBERT GORDON TO "FONDLE HIMSELF" WHILE MR GORDON WAS IN THE SHOWER

2) I WITNESSED DEPUTY APER REPEAT HIMSELF MULTIPLE TIMES WITH THE SAME DEMAND, I WAS PERSONALLY IN FEAR FOR MY SAFETY, AND IN FEAR OF RETALIATION IF I REPORTED.

3) ON OR ABOUT MAY 13, 2024 DEPUTY APER APPROACHED ME WHILE IN THE SHOWER AND DEMANDED "JACK OFF IN THERE." I FILED AN INTERNAL P.R.E.A. GRIEVENCE

4) DEPUTY APER PLACED ME IN GREAT FEAR OF SEXUAL ABUSE AND FURTHER RETALIATION

SWORN & SUBSCRIBED BEFORE ME ON THIS 1st DAY OF October, 2025

TERRIE PAYNE
STATE OF TENNESSEE
NOTARY PUBLIC
COUNTY OF WILLIAMSON

Terrie Payne
NOTARY PUBLIC

2/14/2026
MY COMMISSION EXPIRES

KEVIN RICONOSCUITO

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064

RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

[LEGAL MAIL]



[LEGAL MAIL]

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office