IN THE US DISTRICT COURT, MD OF TENNESSEE AT NASHVILLE

CODY HEATH WIGGINS

V.

CHAD YOUKER, ET AL.

CASE NO. ______________

AFFIDAVIT OF JEREMIAH MOORE

I, JEREMIAH MOORE, AFTER BEING DULY SWORN GIVE OATH UNDER PENALTY OF PERJURY, AM OVER AGE 18 AND COMPETENT TO TESTIFY WITH PERSONAL KNOWLEDGE OF FACTS WHEREIN STATE

1 - I AM A SEXUAL ABUSE VICTIM OF DEPUTY DREW APER & WAS A PRE-TRIAL DETAINEE WHEN THE ABUSE AROSE

2 - WHILE SHOWERING ON FOUR DIFFERENT DATES DEPUTY APER GAVE ME A DIRECT ORDER TO MASTURBATE AND PERFORM SEXUAL ACTS AGAINST MY WILL

3 - I AM AWARE OF AT LEAST FIVE OTHER SEXUAL ABUSE VICTIMS THAT WERE FORCED TO PERFORM SEXUAL ACTS IN THE SHOWER AGAINST THEIR WILL FOR DEPUTY APER

4 - WHILE BEING FORCED TO MASTURBATE AGAINST MY WILL I FELT INTIMIDATED & IN FEAR FOR MY SAFETY. I NEVER MADE AN OFFICIAL REPORT OUT OF FEAR OF RETALIATION.

5 - COINCIDENTLY, AFTER I TOLD APER I WOULD REPORT HIS ABUSE IF HE DID NOT STOP I WAS CRIMINALLY CHARGED FOR INTRODUCTION OF DRUGS INTO A PENAL FACILITY BY WCSO DEPUTIES, INCLUDING YOUKER & LINDQUIST. HOWEVER, WCSO USED FABRICATED EVIDENCE & FAKE DRUGS TO CHARGE ME WITH THE FELONY ACT. BOTH THE TBI & DA'S OFFICE HAVE EXONERATED ME & DISMISSED THE CASE, BUT I WAS PLACED IN THE HOLE NONETHELESS.

6 - I AM IN FEAR FOR MY LIFE TO REPORT THIS ABUSE & RETALIATION. CHAD YOUKER & ASHLEY LINDQUIST WILL DO ANYTHING TO CONCEAL SEXUAL ABUSE BY WCSO DEPUTIES INCLUDING THE COERCION OF STAFF & FABRICATING CRIMINAL CHARGES OUT OF RETALIATION

7 - WCSO DEPUTIES ARE WELL KNOWN SEXUAL PREDATORS WITH CRIMINAL HISTORY & CONVICTIONS PER COURT RECORDS

RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FURTHER AFFIANT SAITH NOT

[signature]

JEREMIAH MOORE

JUNE 1, 2025

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064

RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

[LEGAL MAIL]



[LEGAL MAIL]

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office