IN THE U.S. DISTRICT COURT, MID. DT. TENNESSEE AT NASHVILLE

CODY HEATH WIGGINS

V.

CHAD YOUKER, ET AL.

CASE No. ____________

AFFIDAVIT OF MARQUAVIOUS GARNER

I, MARQUAVIOUS GARNER, AFTER BEING DULY SWORN UNDER PENALTY OF PERJURY GIVE OATH. I AM OVER AGE 18, WITH PERSONAL KNOWLEDGE OF FACTS & COMPETENT TO TESTIFY. THE STATEMENTS IN THIS AFFIDAVIT ARE TRUE TO MY KNOWLEDGE.

1 - DEPUTY APER FORCED & DEMANDED THAT I MASTURBATE FOR HIS SEXUAL GRATIFICATION AGAINST MY WILL WHILE SHOWERING IN WILLIAMSON COUNTY JAIL.

2 - THIS SEXUAL ABUSE HAPPENED ONE TIME AND WENT UNREPORTED OUT OF FEAR OF RETALIATION BY WCSO.

3 - CAPTAIN YOUKER & SGT. LOCKHART WILL DO ANYTHING TO CONCEAL SEXUAL ABUSE BY THEIR STAFF.

~~4 - I AM IN FEAR FOR MY LIFE TO REPORT THIS SEXUAL ABUSE.~~

5 - SOON AFTER DEPUTY APER, FORCED ME TO MASTURBATE AGAINST MY WILL HE WAS TERMINATED DUE TO SEXUAL ABUSE OF AN INMATE.

6 - I WANTED TO FILE A POLICE REPORT UNDER CONFIDENTIALITY BUT WAS NOT ALLOWED

FURTHER AFFIANT SAITH NOT

[signature]

MARQUAVIOUS GARNER

RECEIVED

OCT 02 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

(1)

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064

RECEIVED
OCT 0 2 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN




Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

[LEGAL MAIL]

[LEGAL MAIL]

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume [illegible]sponsibility for its contents.
Williamson County Sheriff's Office