IN THE US DISTRICT COURT, MID OF TENNESSEE AT NASHVILLE

COUNTY OF DAVIDSON

STATE OF TENNESSEE

CODY HEATH WIGGINS

V.

CHAD YOUKER, ET AL.

RECEIVED

OCT 02 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CASE NO. ________

AFFIDAVIT

I, ROBERT GORDON, GIVE OATH AFTER BEING DULY SWORN UNDER THE PENALTY OF PERJURY, I AM OVER AGE 18, COMPETENT TO TESTIFY & HAVE PERSONAL KNOWLEDGE OF THE FACTS COMPLAINED OF

1- ON 9/17/24 I FILED A LAWSUIT AGAINST WCSO, ET AL AFTER DEPUTY APER HAD FORCED ME TO MASTURBATE. I REPORTED THE SEXUAL ABUSE VIA THE GRIEVANCE PROCESS & WAS THEN PLACED IN INVOLUNTARY SEGREGATION FOR ROUGHLY 100 DAYS WHERE DEPUTY APER WORKED AS A FLOOR DEPUTY. THIS WAS RETALIATION FOR REPORTING THE SEXUAL ABUSE. I WAS CRIMINALLY CHARGED FOR FILING A FALSE REPORT THOUGH APER ADMITTED TO THE INCIDENT & IT WAS FILMED. BOTH DEPUTY APER'S BODY CAM & POD CAM "COINCIDENTLY MALFUNCTIONED" EVEN THOUGH CORPORAL JOHNSON WATCHED THE VIDEO PER HER REPORT. YOUKER STATED "IT IS NOT SEXUAL ABUSE IF IT ONLY HAPPENS ONCE". APER WAS TERMINATED.

2- IN MARCH 2024 DEPUTY YARBOROUGH SLAMMED ME HAND IN A METAL PIE FLAP BREAKING MY FINGER. COINCIDENTLY YARBOROUGH'S BODY CAM & POD CAM ALSO "MALFUNCTIONED" ON THIS DATE. YARBOROUGH HAS BEEN TERMINATED DUE TO HIS VIOLENT ANGER ISSUE & HISTORY OF MENTAL ILLNESS

3- IN MARCH 2023 I WAS WRITTEN UP FOR PARTICIPATING IN LENT PER MY RELIGIOUS BELIEFS. DEPUTY ASSLAIN WAS TERMINATED FROM WCSO.

4- IN MARCH 2024 CHAD YOUKER WROTE ME UP FOR FILING SUBPOENAS & FOIA REQUEST IN AN UNRELATED CIVIL CASE & WAS PLACED IN THE HOLE HE ALSO PERJURED MULTIPLE REPORTS.

5- IN JANUARY 2025 CHAD YOUKER CREATED POLICY TO BAN ALL RELIGIOUS LITERATURE, THE WEEK AFTER I SUBPOENAED THE VIDEO FOOTAGE OF MY SEXUAL ABUSE ENCOUNTER WITH DEPUTY APER. SECULAR BOOKS WERE NOT SEIZED. I HAD NO ACCESS TO ANY FORM OF RELIGIOUS LITERATURE FOR EIGHT MONTHS. EACH TIME I REQUESTED ACCESS TO A BIBLE OR AA BOOK MY POD WAS RAIDED WITHIN 24 HOURS OF FILING A GRIEVANCE.

6- CHAD YOUKER WOULD PULL ME OUT IN THE HALL TO ISOLATE ME FOR INTIMIDATION FOR PURSUING LITIGATION AS A SEXUAL ABUSE VICTIM & TO HARASS ME, WHICH VIOLATES TN CONST. ART I SEC 35. YOUKER WENT AS FAR AS TO JOIN MY CIVIL DIVORCE ACTION & PERJURE TESTIMONY IN AFFIDAVITS. YOUKER IS AWARE I AM A VICTIM OF DOMESTIC VIOLENCE AND HE WOULD EMAIL MY WIFE DIRECTLY...

7- CHAD YOUKER IS A HOMOSEXUAL ATHEIST & HIS FLIRTING SEXUAL ADVANCES ARE UNWANTED & PLACE ME IN FEAR. YOUKER HAS TESTIFIED IN EVERY COURT HEARING I HAVE HAD SINCE 2024, BOTH CIVIL & CRIMINAL, CHAD YOUKER IS WEAPONIZING HIS POSITION TO RETALIATE AGAINST ME FOR REPORTING SEXUAL ABUSE. & FIGHTING FOR RELIGIOUS RIGHTS, HE ALSO TAKE PHOTOS OF ME IN THE SHOWER AREA & BATHROOM WHILE NOT FULLY DRESSED.

8- IN JULY 2025 I WAS ACCEPTED INTO MEN OF VALOR & COMPLETED THE BIBLE CORRESPONDANCE COURSE WHICH IS OFFERED BY THE FOURTH AVENUE CHURCH OF CHRIST & MINISTER MIKE SHINNICK. THE CHURCH ALSO DONATED 300 BIBLES WHILE CHUCK FROM A.A. DONATED 300 A.A. BOOKS.

9- IN JANUARY 2026 I FILED A LAW SUIT AGAINST CHAD YOUKER FOR ACCESS TO RELIGIOUS LITERATURE & VIOLATION OF TN. CONST ART I SEC 3, TCA 41-21-211, AND RLUIPA.

10- MR SHINNICK OFFERED ME A CELEBRATE RECOVERY STUDY BIBLE IN MARCH 2026 AS A LEADER IN CELEBRATE RECOVERY & AA. I WAS WRITTEN UP FOR "STEALING" A BIBLE GIVEN TO ME & DONATED BY THE CHURCH I WAS LATER FOUND NOT-GUILTY OF STEALING BUT KEPT IN SEGREGATION FOR 30 DAYS. MR SHINNICK WAS BANNED FROM MINISTER VISITS, PRAYER, & CONFESSION AFTER HE DONATED BIBLES & A.A. MEMBERS ARE NOW LIMITED.

11 - IN APRIL 2026 I WAS DENIED THE ABILITY TO ATTEND RELIGIOUS SERVICES AS DEPUTY TERRI PAYNE WAS DOCUMENTED LYING THAT "THE CLASS IS FULL & ONLY FOR MEN OF VALOR PARTICIPANTS" ODDLY ENOUGH I AM THE ONLY ACCEPTED MEMBER TO MEN OF VALOR & THE CHURCH SERVICE HAD NINE NAMES OUT OF 30 AVAILABLE SEATS.

12- ON APRIL 17, 2026 CHAD YOUKER ADMITTED UNDER OATH I WAS SEXUALLY ABUSED BY DEPUTY APER, LT. LINDQUIST ALSO SENT ME AN APOLOGY LETTER VIA THE KIOSK. COINCIDENTLY, YOUKER ALSO STOLE MY OUT GOING LEGAL MAIL, OPENED THE MAIL, READ THE MAIL & PROVIDED THE LEGAL MAIL TO ADA JENNIFER DUNGAN TO USE IT CRIMINAL COURT. YOUKER HAD NO WARRANT OR P.C. TO STEAL THE MAIL WHICH WAS EXPLICITLY CLEAR TO BE LEGAL CONTENTS. ON APRIL 24, 2026 YOUKER RAIDED MY CELL WHILE I WAS IN CHURCH & THREW ALL MY BELONGINGS INTO THE HALL. I FELT IN FEAR & INTIMIDATED TO ATTEND ANY RELIGIOUS SERVICE DUE TO THE HARASSMENT. MANY MEN QUIT PRACTICING SINCERELY HELD RELIGIOUS BELIEFS ALTOGETHER. UPON EXITING THE CHURCH I WAS ASSAULTED BY WCSO DEPUTIES CAUSING GREAT BODILY INJURY UNDER THE DIRECTION OF CHAD YOUKER

LEAVING ME WITH A DETATCHED RETINA CAUSING COMPLETE VISION LOSS. THIS RESULTED IN A MAJOR RETINAL SURGERY AT VANDERBILT, I WAS LATER ASSAULTED BY CHAD YOUKER IN MY CELL. YOUKER HAS PLACED ME IN INVOLUNTARY SEGREGATION "SPECIAL HOUSING UNIT" SINCE THE ASSAULT ON 4/27/26

13- ON JULY 7, 2026 I WAS RUSHED TO VANDERBILT ER & WILLIAMSON REGIONAL ER DUE TO COMPLICATIONS OF MY EYE DUE TO RETINAL DETACHMENT & NUECROSIS OF THE LEFT FEMUR & HIP. VANDERBILT DOCTORS ORDERED YOUKER TO GIVE ME ACCESS TO HANDRAILS BUT HE DECLINED TO PLACE ME IN MEDICAL HOUSING DUE TO RETALIATION OR GIVE ME ACCESS TO HAND RAILS IN THE BATHROOM PER ADA POLICY. YOUKER LATER INSTALLED A METAL POLE IN THE SHOWER & REMOVED THE SHOWER CHAIR. IT SHOULD BE NOTED THAT EVERY POD HAS A HANDICAP CELL AREA THAT IS ADA COMPLIANT, BUT THE LOCATION YOUKER PLACED ME.

14- ON JULY 10, 2026 YOUKER, LT. JAMES, AND DEPUTY TRIPLETT COMMITTED PERJURY IN A CRIMINAL CONTEMPT HEARING WHERE I WAS FOUND IN CONTEMPT FOR SENDING

LEGAL MAIL TO MY SISTER WHO IS AN ATTORNEY & PARTY TO LITIGATION, CALLING THE FIRE DEPARTMENT & DOCTOR WHEN MY 95 YEAR OLD GRANDMOTHER FELL, AND CALLING MY FATHER AFTER MY NEPHEW WAS KILLED IN A CAR WRECK ON FATHERS DAY. DEPUTY TRIPLETT WAS LATER "PROMOTED" FOR HIS ACT OF PERJURY. DEPUTY MATHIS ADMITTED ON A RECORDING YOUKER, JAMES, & TRIPPLETT PERJURED THEMSELVES.

15- IN JULY 2026, YOUKER CALLED THE TBI TO INTERVIEW 30 MEN WHO SUED HIM FOR ACCESS TO THEIR RELIGIOUS RIGHTS. YOUKER HAD MADE FALSE ACCUSATIONS THAT I FORGED THE LAW SUITS WHICH WAS FOUND TO FALSE, IT IS BELIEVED YOUKER FABRICATED THE STORY OR FORGED DOCUMENTS HIMSELF TO INTIMIDATE MY CONSTITUENTS.

16- ON AUGUST 14, 2026 I HAD RETINAL SURGERY AS A RESULT FROM THE ASSAULT OF WCSO DEPUTIES FOR ATTENDING CHURCH. AFTER HOURS IN SURGERY & UNDER HEAVY MEDICATION I WAS PLACED IN A POD WITHOUT HAND RAILS DESPITE THE FACT YOUKER HAD JUST INSTALLED A METAL POLE & PORTA-POTTY IN POD 110 "SHU". ALSO DIRECTLY CONTRADICTING DOCTOR ORDERS & MEDICAL ADVICE. I SLIPPED & FELL RESULTING IN A EMS & AMBULANCE EMERGENCY EXTRACTION & ER VISIT

WHERE I NOW HAVE TO HAVE MAJOR ORTHOPEDIC SURGERY IN SEPTEMBER 2026. AN INFECTION ENTERED MY EYE RESULTING IN FURTHER MEDICAL TREATMENT & VISION LOSS WITH PERMANANT DAMAGE. THE CONCUSSION FROM THE ASSAULT & SUBSEQUENT FALL CAUSES SEVERE PAIN, VOMITING, BLACKOUTS, LOSS OF BALANCE & MEMORY LOSS, NAUSEAU, AND DIZYNESS & VERTIGO

17 - AFTER MY SURGERY & ER VISIT I MET WITH WCSO N.P. MAGGIE PAFFORD WHERE SHE ORDERED I WEAR SPECIAL SHOES TO PREVENT FURTHER DAMAGE TO MY HIP, FEMUR, AND EYE DUE TO HIGH RISK OF FALLS.

18 - ON OR ABOUT AUGUST 31 2026 I WAS WRITTEN UP BY YOUKER FOR TAKING THE LORDS SUPPER AS PART OF MY RELIGIOUS BELIEFS ON THE SABBATH PER ACTS CHAPTER 2 IN THE BIBLE. YOUKER CALLS THE LORDS SUPPER ON THE SABBATH "PASSING & RECEIVING" CONTRABAND. MR CORY WIGGINS WAS WRITTEN UP & PLACED IN THE HOLE FOR FASTING ON THE SABBATH.

19 - ON SEPTEMBER 2 2026 I WAS WRITTEN UP & PLACED IN THE HOLE AFTER MR WIGGINS & MR PHILLPS ASSISTED ME WITH MY MEDICALLY REQUIRED SHOES AS I CAN'T SEE POST SURGERY & STRUGGLE TO WALK. WIGGINS & PHILLPS TOUCHED MY SHOES FOR LESS 60 SECONDS TO

ENSURE I WOULD NOT SLIP & FALL, THE SHOE LACES WERE PROPER, THEY WERE THE CORRECT SIZE. I WAS GIVEN 30 DAYS IN THE HOLE FOR TAKING THE LORDS SUPPER ON THE SABBATH & HAVING TWO KIND MEN HELP ME WITH MY SHOES POST-SURGERY. DEPUTY HIEMLICH IS NOW TERMINATED DUE TO THE HARASSING BEHAVIOR AFTER A WEEK ON THE JOB.

20- I AM IN FEAR & INTIMIDATED TO PRACTICE MY RELIGION DUE TO CHAD YOURERS HARASSMENT & RETALIATION. AS A VICTIM I HAVE A CONSTITUTIONAL RIGHT TO BE FREE FROM HARASSMENT & RETALIATION THROUGHOUT THE CRIMINAL JUSTICE SYSTEM. (I.E VICTIM BILL OF RIGHTS). I TRIED TO FILE A POLICE REPORT BUT THE DEPUTIES HOLTS & MATHIAS SAID THEY ARE NOT REAL COPS & DON'T KNOW HOW TO FILE A REPORT. YET ARE WCSO DEPUTIES... AS A VICTIM OF VIOLENT CRIME I HAVE A RIGHT TO SEEK RESTITUTION

21- I AM BEING PUNISHED & HARASSED AS A PRETRIAL DETAINEE & FORCED TO MAINTAIN & SUPPORT THE STATES MINISTER.

22- ON 9/3/26 I ASKED DEPUTY PARMORE WHY I WAS WRITTEN UP FOR PRACTICING MY RELIGION & HIS RESPONSE WAS "TIT FOR TAT." I TAKE THIS AS CONFIRMATION OF THE INTENT TO RETALIATE & INTIMIDATE

ME FROM PRACTICING MY RELIGION. CHAD YOUKER HAS WEAPONIZED HIS STAFF & HIMSELF TO RETALIATE AGAINST SEXUAL ABUSE VICTIMS, CHRISTIANS, & ANYONE WHO EXPOSES HIS CORRUPTION WHILE ACTING UNDER THE COLOR OF THE LAW.

23. IT APPEARS YOUKERS BODY CAM & POD CAM IN G44 ALSO "MALFUNCTIONED" IN 2025 WHEN HE RIPPED THE TV OUT OF THE WALL SCREAMING PROFANE, GODLESS, UNPROFESSIONAL COMMENTS. I FIND IT ODD THAT ALL EVIDENCE IS DELETED, MALFUNCTIONED, OR ACCIDENTLY OVERWRITTEN WHEN IT INCRIMINATES WCSO EMPLOYEES. YOUKER DOES NOT DENY THE INCIDENT OCCURRED.

24. I HAVE A B.A IN MASS COMMUNICATION & GRADUATED MAGNA CUM LAUDE & DISTINGUISHED SCHOLAR WHILE ALSO HOLDING MY M.B.A. & POST-GRADUATE DEGREES FROM YALE, STANFORD, & M.I.T. I AM EMPLOYED AT IBM AS PARTNER LEVEL EXECUTIVE & SENIOR MANAGING CONSULTANT OVER NORTH & SOUTH AMERICA. I AM THE OWNER OF THE GORDON GROUP LLC, GOLD COAST CAPITAL, AND SERVE AS A BOARD MEMBER ON MULTIPLE COMPANIES. I HAVE NO PRIOR CRIMINAL RECORD, A DEVOUT CHRISTIAN, AND SUPPORTER OF ALCOHOLICS ANONYMOUS. I ATTEND THE CHURCH OF CHRIST EACH WEEK WHEN I AM NOT IN SEGREGATION FOR TAKING THE LORDS SUPPER, OR HAVING A BIBLE. I AM CHOCTAW INDIAN.

25 - ON 9/9/26 I WAS HAVING BIBLE STUDY & MY CELL WAS RAIDED BY DEPUTY PARAMORE & DEAN. I WAS WRITTEN UP FOR HAVING A TABLET DURING APPROVED HOURS, & AFTER FILING GRIEVANCE #1062178 WHERE LT. OBERMEYER GRANTED ME ACCESS TO A TABLET. ADDITIONALLY, I WAS WRITTEN UP FOR HAVING A UNIFORM AFTER DEPUTY HIEMLICH TOLD ME TO KEEP THE UNIFORM IN MY CELL. MY POD WAS THE ONLY POD RAIDED IN THE JAIL. ONLY CHRISTIAN INMATES WERE PUNISHED & WRITTEN UP. I AM IN FEAR FOR FURTHER RETALIATION & HARASSMENT. THIS EVENT IS ON CAMERA IN POD 110 SEGREGATED HOUSING. THOUGH I AM MEDICALLY REQUIRED TO HAVE HANDRAILS STAFF WILL NOT CLEAN OUT MY PORTA-POTTY OR PROVIDE ME THE NEEDED CLEANING SUPPLIES FOR HAZARDOUS BODILY FLUIDS. THE RISK OF INFECTION IS VERY HIGH POST-SURGERY & I'VE ALREADY HAD ONE POST SURGERY INFECTION REQUIRING MEDICAL TREATMENT. MY 9/9/26 WRITE CAME LESS THAN 48 HOURS AFTER FILING A GRIEVANCE.
I AM INTIMIDATED TO READ MY BIBLE OR PRACTICE MY RELIGION. EACH BIBLE STUDY PARTICIPANT WRITTEN UP OUT OF RETALIATION.

26 - ON AUGUST 19 2025 THE DISTRICT COURT ORDERED MY SEXUAL ABUSE & RETALIATION CASE AGAINST WCSO & CHAD YOUKER TO PROCEED. ON AUGUST 20 2025 CHAD YOUKER APPEARED TO TESTIFY IN A CRIMINAL MATTER AGAINST ME & PERJURED TESTIMONY. HE WAS NOT LISTED AS A WITNESS UNTIL 8/20/25 ROUGHLY 30 MINUTES BEFORE COURT. YOUKERS TESTIMONY WAS MADE OUT OF RETALIATION FOR PURSUING LITIGATION. I WAS NEVER CRIMINALLY CHARGED FOR THE ALLEGED CRIMES & CHAD YOUKER LIKELY FABRICATED EVIDENCE AND PROOF EXIST CHAD YOUKER HAS FABRICATED & DESTROYED EVIDENCE PRIOR TO THIS.

27 - EACH TIME I HAVE FILED A GRIEVANCE FOR RELIGIOUS LITERATURE ACCESS I HAVE SUBSEQUENTLY BEEN SENT TO THE HOLE IN RETALIATION. ON 8/15/26 I HAD A SUBSTANTIATED GRIEVANCE FOR DENIAL OF ACCESS TO CHURCH SERVICES. ON 8/25/26 I FILED A GRIEVANCE TO ADD RELIGIOUS LITERATURE TO THE KIOSK. SPECIFICALLY, ONE BOOK "AA 12 STEPS & TRADITIONS". LT. DRISKILL SAID "AA IS NOT A RELIGION" MY GRIEVANCE & APPEAL WERE DENIED, THOUGH THERE ARE OVER 26,000 SECULAR BOOKS ON THE KIOSK... ON 8/31/26 LT. DRISKILL WROTE ME UP FOR TAKING THE LORDS SUPPER ON THE SABBATH (SUNDAY 8/30/26). DRISKILL DID NOT WORK ON

SUNDAY 8/30/26 YET ROLLED BACK 48 HOURS OF CAMERA FOOTAGE TO HARASS ME WITH WRITE UPS FOR PRACTICING MY RELIGION. COINCIDENTLY THE CAMERAS DID NOT MALFUNCTION... ON 8/31/26 I FILED A GRIEVANCE & APPEAL DUE TO LT DRISKILLS HARASSMENT & RETALIATION. ON 9/2/26 I WAS WRITEN UP BY A DEPUTY FOR HAVING ASSISTANCE WITH MY MEDICAL SHOES POST SURGERY. PLEASE NOTE THIS DEPUTY ROLLED BACK CAMERA FOOTAGE FOR <u>TWO</u> WEEKS TO TARGET ME. TO A DATE <u>PRIOR</u> TO HER EMPLOYMENT & IS ALREADY <u>FIRED</u> FROM WCSO DAYS LATER. COINCIDENCE, I THINK NOT. THE CAMERAS ALWAYS WORK UNLESS IT PROVES WCSO STAFF IS SEXUALLY ABUSING MEN & THEN THE CAMERAS MALFUNCTION. WCSO HAS A 98% TURNOVER RATE OF STAFF.

28- ON 9/8/26 I WAS & CURRENTLY AM RESTRICTED TO BUY MEDICATION ON COMMISSARY THOUGH I HAVE VALID ORDER FROM A DOCTOR TO TAKE THE MEDICATION WHILE I AM ALSO SIMULTANEOUSLY RESTRICTED FROM BUYING STAMPS, MANILLA ENVELOPES WHICH BLOCKS MY ABILITY TO COMMUNICATE WITH THE MEDIA, MY LAWYER, ACCESS THE COURTS, AND SUPRESSES MY SPEECH. UTTERLY CONVENIENT FOR THE DEFENDANTS IN A RETALIATION CASE, I WAS CONVENIENTLY PUNISHED FOR HAVING MEDICAL SHOES AFTER FILING A GRIEVANCE FOR MEDICAL SHOES IN AUGUST 2026.

29 - I AM NOT AWARE OF ANY POLICY, LAW, RULE, OR RIGHT THAT SAYS CHAD YOUKER & STAFF CAN DICTATE WHAT RELIGIONS & PRACTICES ARE DEFINED AS. I DID NOT KNOW CHAD YOUKER HAD THE ABILITY TO DEFINE MY RELIGION OR WHAT CONSTITUTES A RELIGION. THIS CONTRADICTS TENN CONST. ART I SEC 3. I AM ALLOWED TO HAVE SECULAR PAPERBACK BOOKS, BUT A BIBLE COULD BE USED AS A WEAPON. I CAN SPEAK WITH THE STATES MINISTER BUT NOT A MINISTER OF MY RELIGION WHOM PERFORMED MINISTER VISITS UNTIL HE DONATED BIBLES. I CAN TAKE SECULAR BOOKS TO & FROM CLASS BUT I CAN'T TAKE A BIBLE TO & FROM CHURCH NOR CAN I USE AN A.A BOOK WHILE AT A.A. THOUGH 300 NEWS BIBLES & AA BOOKS WERE DONATED. WCSO HAS 300 TOTAL INMATES ... I CONSIDER THIS SECULAR PRIVILEGE & VIOLATES THE DICTATES OF MY CONSCIENCE TO WORSHIP GOD ALMIGHTY

30 - AS A CHOCTAW INDIAN I FILED A GRIEVANCE & APPEAL FOR ANNUAL ACCESS TO OUR SPIRTUAL POW WOW, A SWEAT LODGE, AND BUFFALO MEAT AS A RELIGIOUS DIET. I WAS DENIED ACCESS WITH THE MOST RESTRICTIVE MEANS & FORCED TO MODIFY MY RELIGIOUS & SPIRITUAL PRACTICES. ALL FOOD & OTHER ITEMS ARE DONATED AT NO COST TO THE STATE BY THE CHOCTAW NATION TRIBAL MEMBERS. MUSLIMS & JEW ARE ALLOWED SPECIAL RELIGIOUS MEALS, NOT CHOCTAWS, NOR CHRISTIANS...

31 - AFTER BEING SEXUALLY ABUSED BY DEPUTY APER & FILING A GRIEVANCE IN MAY 2024, YOUKER THEN DAYS LATER JOINED MY DIVORCE CASE & FILED AFFIDAVITS SUPPORTING MY EX-WIFE. NEITHER PARTY KNEW CHAD YOUKER.

32 - AFTER I FILED SUIT AGAINST LT. LINDQUIST IN SEPTEMBER 2024 I WAS THEN CRIMINALLY CHARGED DAYS LATER FOR MAKING FALSE REPORTS TO LT. LINDQUIST SOME 11 MONTHS 29 DAYS BEFORE. LT LINDQUIST CONSPIRED WITH YOUKER TO DISCREDIT MY CLAIMS. HOWEVER, MULTIPLE WITNESSES SUBSTANTIATED MY CLAIM. DEPUTY APER'S & SECURITY CAMERA FOOTAGE COINCIDENTLY "MALFUNCTIONED" OR WAS DESTROYED AFTER CORPORAL JOHNSON VIEWED THE FILM. NO FALSE STATEMENTS WERE EVER SAID TO LINDQUIST.

33 - ABOUT 9/11/26 DEVIN PHILLIPS WAS SEXUALLY ASSAULTED BY LT LINDQUIST, WHO IS A HOMOSEXUAL, AFTER HE FILED A GRIEVANCE ABOUT RETALIATION.

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT PURSUANT TO FRCP 11 I BELIEVE I HAVE A VALID LEGAL CLAIM, I AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE, AND MY CLAIMS ARE SUPPORTED BY EVIDENCE

FURTHER AFFIANT SAITH NOT

AFFIANT

ROBERT GORDON

#65920

Cody Heath Wiggins - #69253
Williamson County Jail
408 Century Ct.
Franklin, TN 37064

RECEIVED
OCT 02 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES OF AMERICA
FOREVER/USA

Clerk, US District Court
719 Church St.
#1300
Nashville, TN 37203

[LEGAL MAIL]

[LEGAL MAIL]

This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.
Williamson County Sheriff's Office